No. 44289.—Protests 777718–G, etc., of Millinery Clearing House, Inc. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44290.—Protests 879754–G (A), etc., of American Straw Goods Co. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44291.—Protest 883025–G (D) of Philip Lien (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was therefore sustained.

No. 44292.—Protests 890877–G, etc., of Rubin Levine et al. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

September 3, 1940

No. 44293.—Protest 975936–G of Iwai & Co., Ltd. Application by Government for rehearing denied.

September 6, 1940

No. 44294.—Protest 922867–G of Close & Stewart.   Application by plaintiffs for rehearing denied.

September 9, 1940

No. 44295.—Protests 927015–G, etc., of Premier Dental Products Co.   Application by plaintiff for rehearing granted.